# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MILTON CAYETTE

CIVIL ACTION

VERSUS

15-692-SDD-RLB

PNK (BATON ROUGE) PARTNERSHIP

### RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 19, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS HEREBY ORDERED** that Plaintiff's *Motion to Strike*[3] is granted in part and denied in part.

**IT IS FURTHER ORDERED** that the Defendant's second, fourth, fifth, and sixteenth affirmative defenses, as well as Defendant's demand for jury trial, are stricken from the record of these proceedings.

Baton Rouge, Louisiana the 28 day of June, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 22.
[3] Rec. Doc. 7.